NOSSAMAN LLP
Robert S. McWhorter (CA 226186)
rmcwhorter@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

Attorneys for Defendant,
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR UNITED COMMERCIAL BANK

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BEATA E. WILSON, an individual; and DAVID A. WILSON, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED COMMERCIAL BANK, INC., a California corporation; EAST WEST BANK, a California corporation; THOMAS IRA MCKNEW IV, an individual; PLAZA CAPITAL ADVISORS, a California corporation; SILVERSTONE MORENO, LLC, a California limited liability company; FDIC as Receiver of United Commercial Bank; and DOES 2 through 200, inclusive,<br><br>    Defendants. | Case No: SACV11- 1876 JVS (JPRx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br><br>Date Action Removed: December 5, 2011<br>Trial Date: None set. |

This matter came before this Court on the Stipulation to Dismiss United Commercial Bank and the Federal Deposit Insurance Corporation ("FDIC-R") as Receiver for United Commercial Bank (the "Stipulation") between Defendant, Federal Deposit Insurance Corporation As Receiver For United Commercial Bank and Plaintiffs, Beata E. Wilson and David A. Wilson ("Plaintiffs").  The Court finds that good cause exists for entering this Order;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved.

2. Plaintiffs' Complaint against United Commercial Bank and Federal Deposit Insurance Corporation As Receiver For United Commercial Bank, is hereby dismissed with prejudice and with each party paying their own costs and attorneys' fees. Notwithstanding the foregoing, neither the dismissal of Plaintiffs' Complaint with prejudice or the pendency of this case shall act as a waiver, release or discharge of any counterclaims, crossclaims, demands, debts, duties, obligations, promises, liabilities, claims, damages, accounts, payments, liens, acts, costs, expenses, sums of money, suits, dues, actions and/or causes of action in law or in equity, of any kind or nature whatsoever whether known or unknown, matured or unmatured, suspected or unsuspected, which the FDIC-R, as receiver for United Commercial Bank, ever had, now has or may have against any of the parties to this action relating to, or arising under the Complaint or the events described therein.

3. FDIC-R's motion to dismiss under Rule 12(b)(1) of the Federal Rules of Civil Procedure, currently set for hearing on January 30, 2012, is hereby taken OFF CALENDAR.

Date: January 30, 2012

_____
U.S. DISTRICT COURT JUDGE

ORDER DISMISSING COMPLAINT AGAINST UNITED COMMERCIAL BANK
AND FDIC AS RECEIVER FOR UNITED COMMERCIAL BANK WITH PREJUDICE

SACV11- 1876 JVS (JPRx)